UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
c/o United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W.
Washington, DC 20530                    Civil Action No. 07-2146 (ESH)

Plaintiff,

v.

ONE 2002 CADILLAC ESCALADE EXT
automobile, Vehicle Identification Number :
3GYEK63N52G360934,

and

ONE 2002 BMW 745i automobile, Vehicle :
Identification Number WBAGL63432DP51884,

Defendants.


VERIFIED ANSWER TO COMPLAINT FOR FORFEITURE *IN REM*


I JOHN HENRY SMITH answer the plaintiff's complaint and states:

1. I, John Henry Smith admit paragraphs 1, 2, 3, 4.

2. I, John Henry Smith deny paragraphs 5-27.

3. I, John Henry Smith deny all paragraphs of Count One, Count Two, and Count Three

I request that these proceedings be stayed pending the outcome of Criminal Case No. 07-0153 (ESH) US v. Lonnell Glover, et al.

VERIFICATION

I John Henry declare under penalty of perjury that the foregoing Answer to Complaint for Forfeiture *In Rem* is true and correct to the best of my knowledge and belief.

Executed on this 17th day of January 2008.

John Henry Smith