UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA
c/o United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W.
Washington, DC 20530                        Civil Action No. 07-2146 (ESH)

Plaintiff,

v.

ONE 2002 CADILLAC ESCALADE EXT
automobile, Vehicle Identification Number :
3GYEK63N52G360934,

and

ONE 2002 BMW 745i automobile, Vehicle :
Identification Number WBAGL63432DP51884,

Defendants.


CLAIM IN INTEREST OF DEFENDANTS PROPERTIES


I, John Henry Smith, claim an interest in the above defendant properties and submit the

attached verification in this regard.

VERIFICATION

I John Henry declare under the penalty of perjury that the foregoing Claim in Interest of Defendant Properties is true and correct to the best of my knowledge and belief.

Executed on this ___17th___ day of January 2008.

John Henry Smith